# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**UNITED STATES OF AMERICA,**
           **Plaintiff,**

-vs-
                                                                    Case No.  2:09-cr-35-FtM-29SPC

**DEWAYNE ROBERTS,**
           **Defendant.**
_____

## ORDER

On August 11, 2010, this Court held an Initial Appearance on Violation of Supervised Release for the Defendant.  The Government did not object to Probation's recommendation that the Defendant be released to an in-patient drug treatment program at the Ruth Cooper Treatment Center.  However, bed space is not available at this time.  Therefore, the Defendant is remanded until such time as bed space becomes available.   The Probation Officer shall immediately notify the Court upon bed space becoming available for the Defendant at the Ruth Cooper Center.

**THEREFORE, IT IS HEREBY ORDERED:**

1)     The Court shall be notified by U.S. Probation when bed space becomes available for the Defendant at Ruth Cooper Treatment Center.

2)     The Defendant shall be released on the $50,000 Signature Bond imposed by the Court at that time.

3)  The Defendant shall be transported by the U.S. Probation Officer directly to the Ruth Cooper Center for assessment and treatment.

4)  The Defendant shall bear the expenses associated with the treatment program.

5)  Upon release, the Defendant remains subject to the conditions of release as previously imposed.

6)  The Defendant is remanded until such time as bed space becomes available.

**DONE** and **ORDERED** in Fort Myers, Florida on this __11th__ day of August, 2010.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

United States Marshal
United States Probation Office