# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**UNITED STATES OF AMERICA,**
                **Plaintiff,**

-vs-
                                                                       Case No.  2:03-cr-35-FtM-29SPC

**DEWAYNE ROBERTS,**
                **Defendant.**
_____

## ORDER

On August 11, 2010, this Court held an Initial Appearance on Violation of Supervised Release for the Defendant.  The Government did not object to the Defendant's request to be released to an in-patient drug treatment program; however, bed space was not available at the time, therefore, the Defendant was remanded.  On October 18, 2010, the Court was informed by the U.S. Probation Officer that space will be available on October 20, 2010, for the Defendant at the Ruth Cooper Center's D.A.T.E.  inpatient program.

**THEREFORE, IT IS HEREBY ORDERED:**

1)  The Defendant shall be released to the U.S. Probation Officer, Beau Kruger, who shall transport the Defendant directly to the Ruth Cooper Center for assessment and treatment by no later than 1:00 p.m. on **Wednesday, October 20, 2010.**

2) The Defendant shall follow all of the rules and regulations of the Ruth Cooper Center.  If he violates any of these rules and regulations, he will be returned immediately to the custody of the United States Marshals Service to be incarcerated.

3) Upon completion of this program, the Defendant is to appear before this Court for further conditions of release pending his final revocation hearing, currently set for February 22, 2011.

**DONE** and **ORDERED** in Fort Myers, Florida on this   18th   day of October, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

United States Marshal
United States Probation Office